# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

          Plaintiff,

**-vs-**                                                           **Case No. 92-CR-208**

**EDWARD DUANE POINTER-BEY,**

          Defendant.

## DECISION AND ORDER

In 1992, the defendant was sentenced by this Court to a total of 292 months imprisonment. While serving his prison sentence, the defendant petitioned a Kentucky state court to change his name from Edward Duane Pointer to Edward Duane Pointer-Bey. He did so because his membership in the Moorish Science Temple of America requires that all members adopt the suffix El or Bey to their last names. This is done to distinguish certified members from non-members.

After his petition in state court was granted, Pointer-Bey requested that prison staff change his name on the institution records pursuant to the name change order. Prison officials informed Pointer-Bey that the only way his records could be changed is if the sentencing court – i.e., this Court – issued an Order recognizing his name change. Accordingly, Pointer-Bey moves the Court for an appropriate Order. This motion is granted.[1]

---

[1] Pointer-Bey also filed a motion for leave to proceed *in forma pauperis* ("IFP"). This motion is unnecessary and is denied as moot.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

1. Pointer-Bey's motion to recognize his name change is **GRANTED**;

2. Pointer-Bey's motion for leave to proceed IFP is **DENIED**; and

3. The Clerk of Court is directed to amend the docket in the instant case to reflect that the defendant's name is changed to Edward Duane Pointer-Bey.

Dated at Milwaukee, Wisconsin, this 6th day of September, 2007.

            **SO ORDERED,**

            **s/ Rudolph T. Randa**
            **HON. RUDOLPH T. RANDA**
            **Chief Judge**